IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60321
Summary Calendar

_____

ALIDA JENKINS OBINYAM,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

--------------------

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A74-648-352

--------------------
March 24, 2000

Before REAVLEY, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

Alida Jenkins Obinyam petitions this court to review the decision of Board of Immigration Appeals denying her application for asylum and withholding of deportation. Obinyam challenges the Immigration Judge's adverse credibility determination. This court does not review decisions based upon credibility determinations. See Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994).

Obinyam's petition for review is DENIED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.